UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2011 SP 28  PM 2:45
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § v. § § § JOSE ALBERTO RUIZ (1) § a/k/a SPIKE, § CALLETANO NIRA (2) § a/k/a CAT, § JOSHUA LEONARD BENAVIDES, (3) § RUBEN GARCIA (4) § a/k/a PANERCH, § ALFREDO TAPIA III (5) § a/k/a NACO, § TED BENAVIDES (6) § a/k/a TJ, § ERIC SANDOVAL, (7) § JESSICA ESCARENO, (8) § JAVIER LOPEZ (9) § a/k/a SHARK, § RUBEN DOMINGUEZ, (10) § SANDRA TORRES, (11) § JAIME CORONA, JR., (12) § JOHN KHOSRAVI, (13) § ELI TORRES, (14) § THOMAS CUELLAR (15) § | Cause No. **INDICTMENT** [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to Possess With Intent to Distribute Cocaine; COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to Possess With Intent to Distribute Marijuana; COUNT THREE: 18 U.S.C. § 1030 (a)(2), Unlawful Use of Government Computer.] **DR11CR1780** |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

Beginning on or about August 1, 2009 and continuing through the date of this Indictment, in the Western District of Texas, Defendants,

JOSE ALBERTO RUIZ, a/k/a SPIKE, (1)
CALLETANO NIRA, a/k/a CAT, (2)
JOSHUA LEONARD BENAVIDES, (3)
RUBEN GARCIA, a/k/a PANERCH, (4)

> ALFREDO TAPIA III, a/k/a NACO, (5)
> TED BENAVIDES, a/k/a TJ, (6)
> ERIC SANDOVAL, (7)
> JESSICA ESCARENO, (8)
> JAVIER LOPEZ, a/k/a SHARK, (9)
> RUBEN DOMINGUEZ, (10)
> SANDRA TORRES, (11)
> JAIME CORONA, JR., (12)
> JOHN KHOSRAVI, (13)
> ELI TORRES, (14)
> THOMAS CUELLAR, (15)

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) & (b)(1)(B) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

Beginning on or about August 1, 2009 and continuing through the date of this Indictment, in the Western District of Texas, Defendants,

> JOSE ALBERTO RUIZ, a/k/a SPIKE, (1)
> CALLETANO NIRA, a/k/a CAT, (2)
> JOSHUA LEONARD BENAVIDES, (3)
> RUBEN GARCIA, a/k/a PANERCH, (4)
> ALFREDO TAPIA III, a/k/a NACO, (5)
> TED BENAVIDES, a/k/a TJ, (6)
> ERIC SANDOVAL, (7)
> JESSICA ESCARENO, (8)

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a quantity of 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, contrary to Title 21, United

States Code, Section 841(a)(1) & (b)(1)(B) and 846.

COUNT THREE
[18 U.S.C. §1030(a)(2)]

On or about August 31, 2010, in the Western District of Texas, Defendant,

THOMAS CUELLAR, (15)

exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States, and the offense was committed in furtherance of a criminal and tortious act in violation of the laws of the State of Texas, specifically, felony Possession of Marijuana, in violation of Title 18 United States Code, Section 1030(a)(2) and (c)(2)(B)(ii).

A TRUE BILL.


JOHN E. MURPHY
United States Attorney

By: *(signature)*
ERICA BENITES GIESE
Assistant United States Attorney

**DR11CR1780**

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: UVALDE                                    USAO #: **2010R06167**

DATE: September 28, 2011                          MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: JOSE ALBERTO RUIZ aka SPIKE

CITIZENSHIP: United States

INTERPRETER NEEDED: No                            Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: '                                   DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

DR11CR1780

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: HONDO                           USAO #: 2010R06167

DATE: September 28, 2011                MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: CALLETANO NIRA aka CAT

CITIZENSHIP: United States

INTERPRETER NEEDED: No                  Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: __   __                   DATE OF ARREST: _____

BENCH WARRANT NEEDED: ___

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

DR11CR1780

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>BANDERA</u>                USAO #: <u>**2010R06167**</u>

DATE: <u>September 28, 2011</u>      MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>JOSHUA LEONARD BENAVIDES</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>         Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS: <u>   </u>              DATE OF ARREST: _____

BENCH WARRANT NEEDED: ___

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>           W/DT-CR-3

SEALED:
UNSEALED: XX

DR11CR1780

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: UVALDE   USAO #: 2010R06167

DATE: September 28, 2011   MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: RUBEN GARCIA aka PANERCH

CITIZENSHIP: United States

INTERPRETER NEEDED: No   Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: _____   DATE OF ARREST: _____

BENCH WARRANT NEEDED: _____

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above   W/DT-CR-3

**DR11CR1780**

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>BANDERA</u>                              USAO #: <u>2010R06167</u>

DATE: <u>September 28, 2011</u>                    MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>ALFREDO TAPIA III aka NACO</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>                      Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS: _____                               DATE OF ARREST: _____

BENCH WARRANT NEEDED: __

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release;  $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>          W/DT-CR-3

DR11CR1780

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>BANDERA</u>                     USAO #: <u>2010R06167</u>

DATE: <u>September 28, 2011</u>            MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>TED BENAVIDES aka TJ</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>              Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS: _____                      DATE OF ARREST: _____

BENCH WARRANT NEEDED: ___

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>          W/DT-CR-3

DR11CR1780

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: UVALDE                              USAO #: 2010R06167

DATE: September 28, 2011                    MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: ERIC SANDOVAL

CITIZENSHIP: United States

INTERPRETER NEEDED: No                      Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: 1                             DATE OF ARREST: _____

BENCH WARRANT NEEDED: __

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release;  $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

DR11CR1780

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>UVALDE</u>                               USAO #: <u>**2010R06167**</u>

DATE: <u>September 28, 2011</u>                    MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>JESSICA ESCARENO</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>                      Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS:          <u>   </u>                 DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2- 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Marijuana.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>          W/DT-CR-3

# DR11CR1780

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: BANDERA                         USAO #: 2010R06167

DATE: September 28, 2011                MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: JAVIER LOPEZ aka SHARK

CITIZENSHIP: United States

INTERPRETER NEEDED: No                  Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: _____                   DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

SEALED:
UNSEALED: XX

# DR11CR1780

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>BANDERA</u>　　　　　　　　USAO #: <u>2010R06167</u>

DATE: <u>September 28, 2011</u>　　　　MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>RUBEN DOMINGUEZ</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>　　　　Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS: _____　　　　　　DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>　　　W/DT-CR-3

SEALED:
UNSEALED: XX

**DR11CR1780**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>UVALDE</u>　　　　　　　　　　USAO #: <u>2010R06167</u>

DATE: <u>September 28, 2011</u>　　　　　　MAG. CT. #: <u>MATTER</u>

AUSA: <u>ERICA BENITES GIESE</u>

DEFENDANT: <u>SANDRA TORRES</u>

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>　　　　　　Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not assigned</u>

ADDRESS OF ATTORNEY: <u>Not assigned</u>

DEFENDANT IS: _____　　　　　　　　DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>　　　　W/DT-CR-3

**DR11CR1780**

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: BANDERA

USAO #: 2010R06167

DATE: September 28, 2011

MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: JAIME CORONA, JR.

CITIZENSHIP: United States

INTERPRETER NEEDED: No          Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: _____          DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

**DR11CR1780**

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: BANDERA                             USAO #: 2010R06167

DATE: September 28, 2011                    MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: JOHN KHOSRAVI

CITIZENSHIP: United States

INTERPRETER NEEDED: No                      Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS: _____                        DATE OF ARREST: _____

BENCH WARRANT NEEDED: __

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

**DR11CR1780**

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: UVALDE                          USAO #: 2010R06167

DATE: September 28, 2011                MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: ELI TORRES

CITIZENSHIP: United States

INTERPRETER NEEDED: No                  Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS:                           DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

DR11CR1780

SEALED:

UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: BANDERA                            USAO #: 2010R06167

DATE: September 28, 2011                   MAG. CT. #: MATTER

AUSA: ERICA BENITES GIESE

DEFENDANT: THOMAS CUELLAR

CITIZENSHIP: United States

INTERPRETER NEEDED: No                     Language: English

DEFENSE ATTORNEY: Not assigned

ADDRESS OF ATTORNEY: Not assigned

DEFENDANT IS _____                       DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 3- 18 U.S.C. 1030(a)(2) & (c)(2)(B)(ii), Obtaining Information from Government Computer.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For Count 1- 5-40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; For Count 3- up to 5 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3