REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

JUN 2 0 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No: DR-11-CR-1780-AM |
| | § | |
| ALFREDO TAPIA III (5), | § | |
| ELI TORRES (14), | § | |
| | § | |
| Defendants. | § | |

## VERDICT

### COUNT ONE

As to Count One of the formal charging instrument against Alfredo Tapia III, conspiracy to possess with intent to distribute cocaine, we the jurors find the defendant, **ALFREDO TAPIA III, a.k.a. "Naco,"** _____Guilty_____.
[Guilty or Not Guilty]

### Jury Interrogatory For Count One:

a) Do you unanimously agree by proof beyond a reasonable doubt that the quantity of cocaine which was involved in the conspiracy was 500 grams or more? __✓__ Yes. _____ No.  If your answer to this question is "Yes," please continue to Count Two.

b) If your answer to the above question is "No," please complete the following statement: We the jury unanimously find, beyond a reasonable doubt, that the crime charged in Count One of the charging instrument against Alfredo Tapia III involved _____ grams of cocaine.  Please continue to Count Two.

## COUNT TWO

As to Count Two of the formal charging instrument against Alfredo Tapia III, conspiracy to possess with intent to distribute marijuana, we the jurors find the defendant, **ALFREDO TAPIA III, a.k.a. "Naco,"** _____Guilty_____.

[Guilty or Not Guilty]

### Jury Interrogatory For Count Two:

a)    Do you unanimously agree by proof beyond a reasonable doubt that the quantity of marijuana which was involved in the conspiracy was 100 kilograms or more? ___✓___ Yes. _____No.  If your answer to this question is "Yes," please continue to the next count.

b)    If your answer to the above question is "No," please complete the following statement: We the jury unanimously find, beyond a reasonable doubt, that the crime charged in Count Two of the charging instrument against Alfredo Tapia III involved _____ kilograms of marijuana.  Please continue to the next count.

## COUNT ONE

As to Count One of the formal charging instrument against Eli Torres, conspiracy to possess with intent to distribute cocaine, we the jurors find the defendant, **ELI TORRES,** _____Guilty_____.

[Guilty or Not Guilty]

### Jury Interrogatory For Count One:

a)    Do you unanimously agree by proof beyond a reasonable doubt that the quantity of cocaine which was involved in the conspiracy was 500 grams or more? ___✓___ Yes. _____No.  If your answer to this question is "Yes," please continue to Count Two.

b)    If your answer to the above question is "No," please complete the following statement: We the jury unanimously find, beyond a reasonable doubt, that the crime charged in Count One of the charging instrument against Eli Torres involved _____ grams of cocaine.  Please continue to Count Two.

## COUNT TWO

As to Count Two of the formal charging instrument against Eli Torres, possession with intent to distribute cocaine, we the jurors find the defendant, **ELI TORRES**, ___Guilty___.

[Guilty or Not Guilty]

### Jury Interrogatory For Count Two:

a)   Do you unanimously agree by proof beyond a reasonable doubt that the quantity of cocaine involved in the possession with intent to distribute was 500 grams or more? ___✓___ Yes. _____No.  If your answer to this question is "Yes," please proceed to part (c).

b)   If your answer to the above question is "No," please complete the following statement: We the jury unanimously find, beyond a reasonable doubt, that the crime charged in Count Two of the charging instrument against Eli Torres involved _____ grams of cocaine.

c)   Do you unanimously agree by proof beyond a reasonable doubt that Eli Torres possessed cocaine with intent to distribute within 1,000 feet of an elementary school? ___✓___ Yes. _____No.

